

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ASHLEY HALE**
Labor & Employment Law Division
phone: (212) 788-1328
fax: (212) 788-8877
email: ahale@law.nyc.gov

April 10, 2012

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Claude Massiah and Natalie Mieles, individually and on behalf all others similarly situated v. MetroPlus Health Plan, Inc. and New York City Health and Hospitals Corporation
> Docket No. 11 Civ. 5669 (BMC)

Dear Judge Cogan:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants New York City Health and Hospitals Corporation ("HHC") and MetroPlus Health Plan, Inc. ("MetroPlus") (collectively, "defendants") in the above-referenced action. Defendants write to advise that they do not object to the Court's intent to take judicial notice, as outlined in the Court's April 5, 2012 Order.

Respectfully submitted,

*Ashley Hale*

Ashley Hale
Assistant Corporation Counsel

cc: Justin M. Swartz and Melissa Pierre-Louis (by ECF)
Outten & Golden LLP
Attorneys for Plaintiffs and the Putative Class
3 Park Avenue, 29th Floor
New York, New York 10016