IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE MASSIAH and NATALIE MIELES, individually and on behalf all others similarly situated,<br><br>                             Plaintiffs,<br><br>          v.<br><br>METROPLUS HEALTH PLAN, INC. and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>                             Defendants. | No. 11-cv-05669 (BMC) |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Plaintiffs' Motion for Approval of Class Representative Service Awards, Plaintiffs respectfully request that the Court enter an Order:

  (1)  awarding Class Counsel attorneys' fees of $1,212,000;

  (2)  awarding Class Counsel costs of $4,486.20; and

  (3)  granting such other, further, or different relief as the Court deems just and proper.

Dated:  November 12, 2012
            New York, New York

                                                           Respectfully submitted,
                                                           **OUTTEN & GOLDEN LLP**

                                                           /s/ Justin M. Swartz
                                                           Justin M. Swartz

Justin M. Swartz
Molly A. Brooks
Melissa E. Pierre-Louis
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

*Attorneys for Plaintiffs and the Proposed Class*